# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FILED
FEB 2010

No: 09-1382

Tim Lors, acting in his official capacity,

Plaintiff - Appellant

v.

Jim Dean, acting in his official and individual capacities; Deb Dufour, acting in her official and individual capacities; Otto Doll, acting in his official and individual capacities; Kim Stahl, acting in her official and individual capacities; State of South Dakota; Larry Long, Attorney General,

Defendants - Appellees

---

Appeal from U.S. District Court for the District of South Dakota
(3:07-cv-03017-CBK)

---

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 19, 2010

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans